UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BAGGETT on behalf of herself and as mother and next friend to S.K., <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF SCHOOL COMMISSIONERS OF THE CITY OF INDIANAPOLIS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:24-cv-02265-RLY-CSW |

### ORDER ON DEFENDANT'S MOTION TO SHOW CAUSE

Now before the Court is Defendant's *Notice of Noncompliance by Non-Party and Motion to Show Cause* (Dkt. 54) and *Amended Notice* (Dkt. 55). On February 11, 2026, this Court signed an Order Granting Defendant's Motion to Compel Non-Party Production (Dkt. 50), requiring Non-Party Edna Victoria Nichols, LMFT to fully respond to the non-party subpoena by March 1, 2026.

Defendant's counsel reports that Nichols has not satisfied the order. In fact, according to counsel, Ms. Nichols has expressed her refusal to provide unredacted copies of the requested records.

Non-Party Edna Victoria Nichols, LMFT is hereby **ORDERED** to respond to show good cause, if any, in writing for her failure to comply with this Court's February 11, 2026, Order which includes an explanation of why she should not be held in contempt of court and/or sanctioned.

Ms. Nichols is ordered do to so **on or before March 23, 2026**. Failure to do so may result in further orders of the Court, which may include in-person attendance at a hearing, a finding of contempt, and/or monetary sanctions.

SO ORDERED.

**Date:** March 9, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Edna Victoria Nichols, LMFT
7751 Delbrook Drive
Indianapolis, IN 46260

Distributed electronically via ECF to counsel of record.